JILL P. TELFER, ESQ. ( State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*
331 J Street, Suite 200
Sacramento, California 95814
Telephone:    (916) 446-1916
Facsimile:    (916) 446-1726
E-mail: jtelfer@telferlaw.com

Attorneys for Plaintiff
**MICHAEL HALL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HALL,** | CASE NO.: 2:15-CV-01098-KJM-CKD |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER** |
| vs. | |
| **TARGET CORPORATION, and DOES 1 through 20, inclusive,** | Date:          February 5, 2016<br>Time:          9:00 a.m.<br>Courtroom:   25<br>Judge:  Magistrate Judge Kendall J. Newman |
| Defendants. | |

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE AND PROPOSED ORDER

1

1  IT IS HEREBY stipulated by and between Plaintiff Michael Hall and Defendant Target Corporation, through their respective attorneys of record, that the settlement conference date of February 5, 2016, in front of the Honorable Magistrate Kendall J. Newman in Courtroom 25 be continued to April 26, 2016, to begin at 9:00 am.  The parties respectfully request the continuance to be granted.

Dated: January 19, 2016

LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*

*/s/ Jill P. Telfer*

_____
JILL P. TELFER
Attorneys for Plaintiff
**MICHAEL HALL**

Dated: January 19, 2016

SEYFARTH SHAW LLP

*/s/ Sophia S. Kwan*

_____
SOPHIA S. KWAN
LAURA MAECHTLEN
Attorneys for Defendant
**TARGET CORPORATION**

**ORDER**

The stipulation and request to move the settlement conference from February 5, 2016, to April 26, 2016, is granted.  The parties are directed to exchange non-confidential settlement conference statements seven days prior to this settlement conference. These statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov.

DATED:     Jan 20, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE