UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HALL, | No. 2:15-cv-1098 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, | |
| Defendant. | |

Defendant's motion for protective order came on regularly for hearing on March 23, 2016. Jill Telfer appeared for plaintiff. Sophia Kwan appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

No later than March 28, 2016, defendant shall submit for in camera review an unredacted copy of the exhibit identified as Exhibit 13 to the declaration of Jill Telfer (ECF No. 18-1, pages 83-85). The motion for protective order shall thereafter stand submitted.

Dated: March 24, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hall1098.icr

1