UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HALL, | No. 2:15-cv-1098 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, | |
| Defendant. | |

Defendant's motion for protective order is pending before the court. Pursuant to the court's order, defendant has submitted a document for <u>in camera</u> review. Upon review of the submitted document, upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. The motion for protective order (ECF No. 14) is granted.

2. Plaintiff is granted leave to propound 40 interrogatories on the following subjects:

   a. The terms *JREVIEW* and *JCOUNSL* as found on plaintiff's personnel documents;

   b. Defendant's Human Resource Information System;

/////

/////

1

    c. Monitoring of terminations and corrective actions against employees at store T-555 to ensure that employees over the age of 40, or those who took Family Medical Leave, are not targeted in violation of defendant's written policies;

    d. Reasonable accommodation policies; and

    e. MAX notes.

Dated:  March 30, 2016

                 _/s/ Carolyn K. Delaney_
                  CAROLYN K. DELANEY
                  UNITED STATES MAGISTRATE JUDGE

4 hall1098.oah