1  JILL P. TELFER, ESQ. (State Bar No. 145450)
   LAW OFFICES OF JILL P. TELFER
2  *A Professional Corporation*
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 446-1916
4  Facsimile: (916) 446-1726
   Email: jtelfer@telferlaw.com
5

6  Attorneys for Plaintiff/Petitioner
   MICHAEL HALL
7

8  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
9  lmaechtlen@seyfarth.com
   560 Mission Street, 31st Floor
10 San Francisco, California 94105
   Telephone:     (415) 397-2823
11 Facsimile:      (415) 397-8549

12
   SEYFARTH SHAW LLP
13 Sophia S. Kwan (SBN 257666)
   skwan@seyfarth.com
14 400 Capitol Mall, Suite 2350
   Sacramento, CA  95814
15 Telephone:  (916) 448-0159
   Facsimile:  (916) 558-4839
16

17 Attorneys for Defendant
   TARGET CORPORATION
18

**UNITED STATES DISTRICT COURT**

19

**EASTERN DISTRICT OF CALIFORNIA**

20

| | | |
|---|---|---|
| 21 | MICHAEL HALL,                                   ) | CASE NO.: 2:15-CV-01098-KJM-CKD |
| | ) | |
| 22 | Plaintiff,           ) | **STIPULATION TO AMEND THE PRETRIAL** |
| | vs.                                                    ) | **SCHEDULING ORDER TO CONTINUE THE** |
| 23 | ) | **LAST DAY TO HEAR A DISPOSITIVE** |
| | TARGET CORPORATION, and DOES 1  ) | **MOTION FROM JULY 15, 2016 TO** |
| 24 | through 10, inclusive,                         ) | **JULY 29, 2016** |
| | ) | |
| 25 | Defendants.        ) | |
| 26 | ———————————————) | |

27

28

STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER TO CONTINUE THE LAST DAY TO HEAR A
DISPOSITIVE MOTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Counsel has served a notice of unavailability for May 30, 2016 to June 27, 2016 due to the fact she will be in trial in another matter.  The current cut-off date to hear dispositive motions is July 15, 2016.  Judge Mueller's law and motion calendar shows June 17, 2016 and July 1, 2016 as available hearing dates prior to the dispositive motion hearing deadline.

Because Plaintiff's Counsel does not wish to oppose Defendant's Motion for Summary Judgment during a time when she is in trial preparation and trial, Defendant has agreed to accommodate Plaintiff's request and the parties request the Court to continue the dispositive motion cut-off date from July 15, 2016 to July 31, 2016, so Defendant's Motion for Summary Judgment/Partial Summary Judgment may be heard on July 29, 2016, the other date available on Judge Mueller's calendar.

IT IS HEREBY STIPULATED by and between Plaintiff Michael Hall and Defendant Target Corporation, through their respective attorneys of record, that the last day to hear dispositive motions be continued from **July 15, 2016** to **July 31, 2016**.  The parties respectfully request the continuance to be granted.

Dated: May 3, 2016                          LAW OFFICES OF JILL P. TELFER
                                            *A Professional Corporation*

                                            */s/ Jill P. Telfer*
                                            _____
                                            JILL P. TELFER
                                            Attorneys for Plaintiff
                                            **MICHAEL HALL**


Dated: May 3, 2016                          SEYFARTH SHAW LLP

                                            */s/ Sophia S. Kwan*
                                            _____
                                            SOPHIA S. KWAN
                                            LAURA MAECHTLEN
                                            Attorneys for Defendant
                                            **TARGET CORPORATION**

STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER TO CONTINUE THE LAST DAY TO HEAR A DISPOSITIVE MOTION

1

**ORDER**

2

The stipulation and request to continue the last day to hear dispositive motions from **July**

3

**15, 2016 to July 29, 2016**, is GRANTED.

4

**IT IS SO ORDERED.**

5

6    DATED:  May 16, 2016

7

8    _____
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3