1  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
2  lmaechtlen@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:     (415) 397-2823
4  Facsimile:     (415) 397-8549

5  SEYFARTH SHAW LLP
   Sophia S. Kwan (SBN 257666)
6  skwan@seyfarth.com
   400 Capitol Mall, Suite 2350
7  Sacramento, CA  95814
   Telephone:  (916) 448-0159
8  Facsimile:  (916) 558-4839

9  Attorneys for Defendant
   TARGET CORPORATION
10
   LAW OFFICES OF JILL P. TELFER
11 Jill P. Telfer (SBN 145450)
   jtelfer@telferlaw.com
12 331 J Street, Suite 200
   Sacramento, CA  95814
13 Telephone:  (916) 446-1916
   Facsimile:  (916) 446-1726
14
   Attorneys for Plaintiff
15 MICHAEL HALL

16                     UNITED STATES DISTRICT COURT

17                     EASTERN DISTRICT OF CALIFORNIA

18 | MICHAEL HALL,                              | Case No. 2:15-CV-01098-KJM-CKD
19 |         Plaintiff,                         | **STIPULATION FOR DEFENSE MENTAL EXAMINATION OF PLAINTIFF MICHAEL HALL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35 AND ORDER**
20 |     v.                                     |
21 | TARGET CORPORATION, and DOES 1 through 20, inclusive, |
22 |                                            |
23 |         Defendant.                         |

24
25
26
27
28

STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF AND [PROPOSED] ORDER
27026621v.1

Pursuant to Federal Rule of Civil Procedure 35, Plaintiff Michael Hall and Defendant Target Corporation (hereinafter "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff Michael Hall ("Plaintiff") acknowledges that he is claiming ongoing significant emotional distress against Defendant Target Corporation ("Defendant") in the above-referenced matter. As such, Plaintiff acknowledges that Plaintiff's mental condition is in controversy.

2. Plaintiff agrees to submit to a mental examination to be conducted by Dr. Randall Epperson, Ph.D, ABPP on May 27, 2016 at 2710 Gateway Oaks Drive, Suite 300-South, Sacramento, CA 95833.

3. The mental examination shall begin at 9:00 a.m. and may continue for up to seven hours. The full mental examination will be completed in one day, without the conduct of additional mental examinations not otherwise described herein. Plaintiff will have a one-hour lunch break, to commence at approximately 12:00 p.m. and no later than 12:30 p.m. The lunch break will not count towards examination time. In addition to the lunch break, Plaintiff shall be allowed to take reasonable breaks during the examination process, such as bathroom breaks and rest breaks. The mental examination shall end no later than 5:30 p.m.

4. The mental examination will consist of a clinical interview including a personal and social history, educational and work history, legal history, a history of relationships and trauma, psychiatric history, medical history, and an evaluation of the events and claims which Plaintiff alleges were the cause of his emotional damages, as well as an evaluation of any other events in Plaintiff's life which might have contributed to or caused any emotional distress Plaintiff claims to have suffered and claims to continue to suffer. To the extent that Plaintiff's intimate relationships have impacted and may continue to impact his mental health and/or mental state, Dr. Epperson may inquire into such subjects. Dr. Epperson may also inquire into Plaintiff's prior and/or current medical illnesses and medical interventions and past and/or current psychological and psychiatric treatment. The questioning will be limited to topics necessary to evaluate Plaintiff's emotional state and potential sources of emotional distress based on Dr. Epperson's experience and professional judgment. The interview shall also

include a mental status examination which evaluates Plaintiff's mood, speech, personality, thought process, and other mental functions.

    5.    As part of the mental examination, Dr. Epperson may decide in his discretion to administer one or more written tests to aid in his overall mental examination of Plaintiff, such as the Minnesota Multiphasic Personality Inventory - 2 (MMPI-2); a Personality Assessment Inventory (PAI); Millon Clinical Multiaxial Inventory - 3 (MCMI-3); a Rorschach test; a Beck Anxiety Inventory; and a Beck Depression Inventory, among others. All of these tests are routinely used by mental health care professionals while conducting independent mental examinations. None of these tests are physically intrusive in any way.

    6.    No inquiry will be made into conversations Plaintiff has had with his counsel, nor will Plaintiff be asked questions pertaining to counsel's impression regarding his case.

    7.    Plaintiff is not waiving the marital privilege as it relates to any conversation Plaintiff has had with his wife.

    8.    No person except Plaintiff and Dr. Epperson (and his staff) shall attend the examination. Plaintiff shall not communicate with his attorneys, his treating physicians, any other health professionals or experts (other than Dr. Epperson and his staff), or any other person (other than Dr. Epperson and his staff) during the examination, or during any breaks taken during the examination. Neither Plaintiff nor Defendant may have their counsel present during the examination.

    9.    The entire examination may be audio taped, except for any testing that cannot be audio taped in accordance with the Ethical Principles of Psychologists and Code of Conduct.

    10.    Defendant shall transmit a copy of this stipulation to Dr. Epperson to promptly advise him that he must comply with the limitations imposed by this stipulation.

    11.    Defendant shall bear the costs of such examination.

    12.    Defendant shall provide Plaintiff's counsel a copy of the entire report within 24 hours of it being shown or provided to Defense Counsel.

**IT IS SO STIPULATED.**

DATED: May 18, 2016                                     SEYFARTH SHAW LLP

                                                        By: /s/ Sophia S. Kwan
                                                            Laura Maechtlen
                                                            Sophia S. Kwan
                                                        Attorneys for Defendant
                                                        TARGET CORPORATION

DATED: May 18, 2016                                     LAW OFFICES OF JILL P. TELFER

                                                        By: /s/ Jill P. Telfer
                                                            Jill P. Telfer
                                                        Attorneys for Plaintiff
                                                        MICHAEL HALL

### ORDER

The Court, having considered the stipulation of the parties, hereby approves the stipulation in its entirety.

**IT IS SO ORDERED.**

Dated:  May 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE